1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID PONTECORVO, | ) | No. |
| | ) | |
| Plaintiff, | ) | King County Superior Court |
| | ) | Cause No. 14-2-31049-8 SEA |
| vs. | ) | |
| | ) | NOTICE OF REMOVAL OF ACTION |
| CITY OF SEATTLE POLICE | ) | UNDER 28 U.S.C. § 1441(b) (FEDERAL |
| DEPARTMENT, MICHAEL RENNER, | ) | QUESTION) |
| CHRISTINE NICHOLS, JOSEPH | ) | |
| MACCARONE, ALVARO FERREIRA, AND | ) | **JURY DEMAND REQUESTED** |
| JOHN AND JANE DOES 1-10, | ) | |
| | | |
| Defendants. | | |

TO:     THE   UNITED   STATES   DISTRICT   COURT,   WESTERN   DISTRICT   OF
         WASHINGTON, AT SEATTLE:

         Defendant City of Seattle Police Department ("SPD") hereby gives notice that it is

removing this case to the United States District Court for the Western District of Washington on

the grounds set forth below.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(FEDERAL QUESTION) - 1

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
 (206) 684-8200

1. On November 14, 2014, this action was filed by plaintiff in King County Superior Court under Cause No. 14-2-31049-8 SEA. *See* Complaint attached hereto as Ex. 1 and Summons attached hereto as Ex. 2.

2. The matter was assigned to The Honorable Holly Hill and the Court issued an Order Setting Civil Case Schedule. *See* Ex. 3 to the Verification of State Court Records.

3. The Case Information Cover Sheet and Area Designation was filed by plaintiff on November 14, 2014. *See* Ex. 4 to the Verification of State Court Records.

4. On December 3, 2014, the undersigned met and conferred with plaintiff's counsel, Daniel Fjelstad, Esq., during which conversation plaintiff indicated that he takes "no position" as to removal of this case.

5. On December 5, 2014, the undersigned on behalf of the City of Seattle filed a Notice of Appearance with the King County Superior Court. *See* Ex. 5 attached to the Verification of State Court Records.

6. On December 12, 2014, the undersigned filed an Amended Notice of Appearance on behalf of defendant SPD, and withdrew as counsel for the City of Seattle. *See* Ex. 6 attached to the Verification of State Court Records.

7. A copy of the King County Superior Court docket is attached as Ex. 7 to the Verification of State Court Records.

8. Upon information and belief, there have been no further proceedings in this action.

9. Under the express terms of the Complaint, plaintiff alleges Constitutional claims including claims for civil rights violations under 42 U.S.C. § 1983.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(FEDERAL QUESTION) - 2

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1     10.    The claims for a violation of 42 U.S.C. § 1983 arise under and are controlled by

2    the laws and the Constitution of the United States and therefore fall within the original

3    jurisdiction of the United States District Court. *See* 28 U.S.C. §§ 1331, 1343 and 1441(b). The

4    entire case may be removed to the United States District Court for determination of all issues.

5    *See* 28 U.S.C. § 1441(c).

6     11.    SPD is the only defendant that has been properly served in this matter. Defendant

7    SPD has filed this Notice of Removal within thirty (30) days after receipt, through service or

8    otherwise, of a copy of plaintiff's Complaint. *See* 28 U.S.C. § 1446(b).

9     12.    Intradistrict Assignment: Pursuant to Local Rule 101(e), defendant SPD notes that

10    it is removing this case to the Western District of Washington, Seattle Division, because the

11    events complained of occurred in King County and because the only served defendant, SPD, is

12    located in King County.

13     13.    This Court is the District Court of the United States for the district and division

14    embracing the place where the state court action is currently pending. *See* 28 U.S.C. § 1441(a).

15    WHEREFORE, defendant SPD hereby gives notice that the civil action in King County

16    Superior Court, State of Washington has been removed from that Court to the United States

17    District Court for the Western District of Washington at Seattle.

18                          **JURY DEMAND**

19    Pursuant to Fed. R. Civ. P. 38(b), defendant SPD hereby demands a trial by jury of all

20    issues so triable as raised herein or which hereinafter may be raised in this action.

21

22

23

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(FEDERAL QUESTION) - 3

Peter S. Holmes
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1    DATED this 15th day of December, 2014.

2                                          PETER S. HOLMES
                                           Seattle City Attorney
3
                            By:    s/Andrew Myerberg
4                                  Andrew Myerberg, WSBA #47746
                                   Assistant City Attorney
5                                  Seattle City Attorney's Office
                                   PO Box 94769
6                                  Seattle, WA  98124-4769
                                   Ph:  (206) 386-0077
7                                  Fax:  (206) 684-8284
                                   E-mail:  andrew.myerberg@seattle.gov
8
                                   Attorney for Defendant City of Seattle
9                                  Police Department

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(FEDERAL QUESTION) - 4

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
 (206) 684-8200

# Exhibit 1

1

2

3

4

5

6

RECEIVED

14 DEC -4 PM 3:37

CITY OF SEATTLE
MAYOR'S OFFICE

7

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY**

8

9  DAVID PONTECORVO,

**NO.**

10              Plaintiff,

**COMPLAINT FOR DAMAGES**

11  v.

12  CITY OF SEATTLE POLICE
    DEPARTMENT, MICHAEL RENNER,

13  CHRISTINE NICHOLS, JOSEPH
    MACCARONE, ALVARO FERREIRA,

14  AND JOHN AND JANE DOES 1-10

15              Defendant.

16

17

18     Plaintiff David Pontecorvo complains and alleges against Defendants City of

19  Seattle Police Department, Michael Renner, Christine Nichols, Joseph Maccarone,  Alvaro

20  Ferreira, and John and Jane Does 1-10 as follows:

21

22

23         **I.    JURISDICTION AND VENUE**

24

25

| COMPLAINT FOR DAMAGES<br>PAGE 1 OF 5 | **SCOTT, KINNEY, FJELSTAD & MACK**<br>600 UNIVERSITY, SUITE 1928<br>SEATTLE, WA 98101-4178<br>TEL: (206) 622-2200<br>FAX: (206) 622-9671 |
|---|---|

1.1   This action involves claims for damages for personal injury and violation of civil

rights. All causes of action arose in Seattle, King County, Washington.

1.2   At all pertinent times, Plaintiff was a resident of Seattle. At all pertinent times,

the individual defendants identified above were employees of Defendant City of

Seattle Police Department (SPD). Defendants John and Jane Does 1-10 are

unknown persons whose actions or omissions caused or contributed to the

damages to Plaintiff.

1.3   This court has personal and subject matter jurisdiction over this action, and

venue is appropriate.

## II.   FACTS

2.1         On September 22, 2012, at approximately 2:30 a.m., SPD officers

Renner, Nichols, Maccarone, Ferreira, and Does 1-10 were

dispatched to a residence located at 5953 Fauntleroy SW, in Seattle.

Plaintiff, together with others, then lived at that address. The officers

were responding to a noise complaint.

2.2         On their arrival at the residence, the SPD officers encountered a

social gathering. Shortly after their arrival, the SPD officers took an

individual who was participating in the gathering into custody.

2.3         While the SPD officers remained at the residence, Plaintiff exited the

residence to observe what was happening. In so doing, he did not

leave the front porch of the house. He was videotaping the events

with a phone camera. Defendant Nichols told him to stop. When

COMPLAINT FOR DAMAGES
PAGE 2 OF 5

| SCOTT, KINNEY, FJELSTAD & MACK |
| --- |
| 600 UNIVERSITY, SUITE 1928 |
| SEATTLE, WA 98101-4178 |
| TEL: (206) 622-2200 |
| FAX: (206) 622-9671 |

1    Plaintiff insisted he was doing nothing wrong, Defendant Nichols

2    climbed the steps to the porch and grabbed Plaintiff, telling him to go

3    down the steps. Plaintiff complied.

4    2.4    When Plaintiff and Defendant Nichols reached the foot of the steps,

5    Defendant Renner grabbed Plaintiff and pulled him to the ground.

6    Defendants Maccarone, Ferreira, Renner, and Nichols, as well as

7    Defendants Doe, then commenced beating Plaintiff, with both fists

8    and nightsticks. One officer then dragged Plaintiff to the curb, where

9    an officer kneed Plaintiff in the back of the head. Bleeding from the

10   face, Plaintiff was put into a squad car.

11

12   2.5    Rather than take Plaintiff to a medical facility to get treatment for his

13   injuries, two of the officers identified above took him to the West

14   Seattle Precinct. He was handcuffed. Eventually, Plaintiff was taken

15   to a hospital emergency room. From there, he was transported to jail,

16   where he spent the weekend. Plaintiff was never charged with a

17   crime.

18   2.6    The above-described actions of the defendants proximately caused

19   Plaintiff to suffer physical and emotional injuries, loss of his

20   freedom, and pecuniary loss, including medical expenses.

21

22                    **FIRST CAUSE OF ACTION – 42 USC § 1983**

23   3.1   The actions of the individual defendants identified above were performed in

24   their individual capacities. Their actions deprived Plaintiff of constitutional

25

| COMPLAINT FOR DAMAGES PAGE 3 OF 5 | SCOTT, KINNEY, FJELSTAD & MACK<br>600 UNIVERSITY, SUITE 1928<br>SEATTLE, WA 98101-4178<br>TEL: (206) 622-2200<br>FAX: (206) 622-9671 |
|---|---|

1  rights, including the right to due process. Defendant City of Seattle Police

2  Department is liable for such deprivation.

3  3.2  As a result of Defendants' actions, Plaintiff suffered the injuries and losses

4  described in ¶ 2.6 above. He is entitled to recover damages for his injuries and

5  losses, and to any remedy which 42 USC § 1983 provides, including punitive

6  damages.

### SECOND CAUSE OF ACTION – ASSAULT AND BATTERY

4.1   The actions of the SPD officers described in ¶ 2.4 above constitute the tort of

assault and battery. Defendant SPD is vicariously liable for the harm caused

thereby.

4.2  As a result of Defendants' assault and battery, Plaintiff suffered the injuries and

losses described in ¶ 2.6 above, for which he is entitled to recover damages.

### THIRD CAUSE OF ACTION – NEGLIGENT TRAINING AND SUPERVISION

5.1  Defendant SPD was negligent in its employment, supervision, and training of

the individual defendants.

5.2  Defendant SPD's negligence proximately caused Plaintiff to suffer those injuries

and losses described in ¶ 2.6 above, for which he is entitled to recover damages.

### FOURTH CAUSE OF ACTION – FALSE ARREST AND IMPRISONMENT

6.1  Defendant SPD's arrest of Plaintiff, and its holding him in custody for over 48

hours, constitute the tort of false arrest and imprisonment.

| COMPLAINT FOR DAMAGES<br>PAGE 4 OF 5 | **SCOTT, KINNEY, FJELSTAD & MACK**<br>600 UNIVERSITY, SUITE 1928<br>SEATTLE, WA 98101-4178<br>TEL: (206) 622-2200<br>FAX: (206) 622-9671 |

6.2  Plaintiff's false arrest and imprisonment caused him to suffer emotional injuries and loss of his freedom, and to incur attorney's fees. He is entitled to recover damages for these injuries and losses.

## VII.   PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that judgment be entered against the defendants, and that he be awarded the following:

1.   Damages for physical injury and disfigurement, including damages for pain and suffering;

2.   Damages for emotional distress;

3.   Damages for loss of freedom;

4.   Damages for medical expenses;

5.   Damages for attorney's fees;

6.   Punitive damages;

7.   Reasonable attorney's fees and costs; and

8.   Such other and further relief as the court might deem appropriate.

DATED this 14th day of November, 2014.

SCOTT, KINNEY, FJELSTAD & MACK

_s/ Daniel R. Fjelstad_
Daniel R. Fjelstad, WSBA# 18025
600 University Street, Suite 1928
Seattle, WA 98101
Phone: (206) 622-2200
Fax: (206) 622-9671
Attorneys for Claimant

COMPLAINT FOR DAMAGES
PAGE 5 OF 5

SCOTT, KINNEY, FJELSTAD & MACK
600 UNIVERSITY, SUITE 1928
SEATTLE, WA 98101-4178
TEL: (206) 622-2200
FAX: (206) 622-9671

# Exhibit 2

1

2

3

RECEIVED

14 DEC -4 PM 3: 37

CITY OF SEATTLE
MAYOR'S OFFICE

4

5

6

7 **IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY**

8

9 | DAVID PONTECORVO,

10 |                           Plaintiff,

11 | v.

12 | CITY OF SEATTLE POLICE
DEPARTMENT, MICHAEL RENNER,

13 | CHRISTINE NICHOLS, JOSEPH
MACCARONE, ALVARO FERREIRA,

14 | AND JOHN AND JANE DOES 1-10

15 |                           Defendant.

**NO.**

**SUMMONS**

16

17 TO:    CITY OF SEATTLE POLICE DEPARTMENT, MICHAEL RENNER, CHRISTINE

18 NICHOLS, JOSEPH MACCARONE, ALVARO FERREIRA, AND JOHN AND JANE
DOES 1-10

19      A lawsuit has been started against you in the above-entitled court by David

20 Pontecorvo, Plaintiff.  Plaintiff's claims are stated in the written Complaint, a copy of

21 which is served upon you with this Summons.

22      In order to defend against this lawsuit, you must respond to the complaint by stating

23 your defense in writing, and serving a copy upon the undersigned attorney for plaintiff

24 within 20 days after the service of this Summons, if served within the State of Washington,

25

| SUMMONS<br>PAGE 1 OF 2 | SCOTT, KINNEY, FJELSTAD & MACK<br>600 UNIVERSITY, SUITE 1928<br>SEATTLE, WA 98101-4178<br>TEL: (206) 622-2200<br>FAX: (206) 622-9671 |
| --- | --- |

1   or within 60 days after the service if served outside the State of Washington excluding the

2   day of service, or a default judgment may be entered against you without notice.  A default

3   judgment is one where the plaintiff is entitled to what the plaintiff asks for because you

4   have not responded.  If you serve a notice of appearance on the undersigned attorney, you

5   are entitled to notice before a default judgment may be entered.

6       You may demand that the plaintiff(s) file this lawsuit with the court.  If you do so,

7   the demand must be in writing and must be served upon the undersigned attorney.  Within

8   14 days after you serve the demand, the plaintiff(s) must file this lawsuit with this lawsuit

9   with the court, or the service on you of this Summons and Complaint will be void.

10

11      If you wish to seek the advice of an attorney in this matter, you should do so

12  promptly so that your written response, if any, may be served on time.

13      This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

14  State of Washington.

15

16      DATED this 14th day of November, 2014.

17

18                                   SCOTT, KINNEY, FJELSTAD & MACK

19

20                                   _s/ Daniel R. Fjelstad_
                                     Daniel R. Fjelstad, WSBA# 18025
21                                   600 University Street, Suite 1928
                                     Seattle, WA 98101
22                                   Phone: (206) 622-2200
                                     Fax: (206) 622-9671
23                                   Attorneys for Claimant

24

25

| SUMMONS<br>PAGE 2 OF 2 | **SCOTT, KINNEY, FJELSTAD & MACK**<br>600 UNIVERSITY, SUITE 1928<br>SEATTLE, WA 98101-4178<br>TEL: (206) 622-2200<br>FAX: (206) 622-9671 |
| --- | --- |

# Exhibit 3

**FILED**

14 NOV 14 PM 3:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 14-2-31049-8 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

David Pontecorvo

Plaintiff(s),

vs.

City of Seattle Police Department,
et al

Respondent(s)

NO.   14-2-31049-8 SEA
ORDER SETTING CIVIL CASE SCHEDULE

ASSIGNED JUDGE:  Hill, Holly R., Dept. 22

FILED DATE:  11/14/2014
TRIAL DATE:  12/21/2015
SCOMIS CODE:  *ORSCS

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

**I. NOTICES**

**NOTICE TO PLAINTIFF:** The Plaintiff may serve a copy of this **Order Setting Case Schedule (*Schedule*)** on the Defendant(s) along with the *Summons and Complaint/Petition.* Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the *Summons and Complaint/Petition* or (2) service of the Defendant's first response to the *Complaint/Petition,* whether that response is a *Notice of Appearance,* a response, or a Civil Rule 12 (CR 12) motion. The *Schedule* may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**"I understand that I am required to give a copy of these documents to all parties in this case."**

_____     |     _____

PRINT NAME                                               SIGN NAME

## I. NOTICES  (continued)

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this *Schedule*. In order to comply with the *Schedule*, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required.  If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of <u>all parties and claims</u> is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING_AND TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and cross-claims have been filed.  If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $220 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of $250 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
All parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements and/or Local Civil Rule 41.

**King County Local Rules are available for viewing at <u>www.kingcounty.gov/courts/clerk.</u>**

## II. CASE SCHEDULE

| √ | CASE EVENTS | DATE |
|---|---|---|
|  | Case Filed and Schedule Issued. | 11/14/2014 |
| √ | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [See KCLMAR2.1(a) and Notices on page 2]. **$220 Arbitration fee must be paid** | 4/24/2015 |
| √ | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [See KCLCR 4.2(a) and Notices on page 2] | 4/24/2015 |
|  | **DEADLINE** for Hearing Motions to Change Case Assignment Area [KCLCR 82(e)] | 5/8/2015 |
|  | **DEADLINE** for Disclosure of Possible Primary Witnesses [See KCLCR 26(b)] | 7/20/2015 |
|  | **DEADLINE** for Disclosure of Possible Additional Witnesses [KCLCR 26(b)] | 8/31/2015 |
|  | **DEADLINE** for Jury Demand [See KCLCR 38(b)(2)] | 9/14/2015 |
|  | **DEADLINE** for Change in Trial Date [See KCLCR 40(e)(2)] | 9/14/2015 |
|  | **DEADLINE** for Discovery Cutoff [See KCKCR 37(g)] | 11/2/2015 |
|  | **DEADLINE** for Engaging in Alternative Dispute Resolution [See KCLCR16(b)] | 11/23/2015 |
|  | **DEADLINE** for Exchange Witness & Exhibit Lists & Documentary Exhibits [See KCLCR 4(j)] | 11/30/2015 |
| √ | **DEADLINE** to file Joint Confirmation of Trial Readiness [See KCLCR 16(a)(2)] | 11/30/2015 |
|  | **DEADLINE** for Hearing Dispositive Pretrial Motions [See KCLCR 56;CR56] | 12/7/2015 |
| √ | Joint Statement of Evidence [See KCLCR 4(k)] | 12/14/2015 |
|  | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusion of Law with the Clerk) | 12/14/2015 |
|  | Trial Date [See KCLCR 40] | 12/21/2015 |

The √ indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

DATED:   11/14/2014

_____
PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:**   If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:**   Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx .

**CASE SCHEDULE AND REQUIREMENTS:**   Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**
**A. Joint Confirmation regarding Trial Readiness Report:**
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g. interpreters, equipment, etc.).

**The form is** available at http://www.kingcounty.gov/courts/superiorcourt.aspx .  If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding said report.

**B. Settlement/Mediation/ADR**
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

**C. Trial:**  Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the King County Superior Court website http://www.kingcounty.gov/courts/superiorcourt.aspx to confirm trial judge assignment. Information can also be obtained by calling (206) 205-5984.

## MOTIONS PROCEDURES
**A. Noting of Motions**
 **Dispositive Motions:**  All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part.  The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Non-dispositive Motions:**  These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered.  All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements.  Rather than noting a time of day, the Note for Motion should state "Without Oral Argument." Local Civil Rule 7 governs these motions, which include discovery motions.  The local civil rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at http://www.kingcounty.gov/courts/superiorcourt/civil.aspx.

**Emergency Motions:**   Under the court's local civil rules, emergency motions will be allowed only upon entry of an Order Shortening Time. However, emergency discovery disputes may be addressed by telephone call and without written motion, if the judge approves.

**B. Original Documents/Working Copies/ Filing of Documents:  All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the new requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom.  Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. On June 1, 2009 you will be able to submit working copies through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk.

**Service of documents:** E-filed documents may be electronically served on parties who opt in to E-Service within the E-Filing application. The filer must still serve any others who are entitled to service but who have not opted in. E-Service generates a record of service document that can be e-filed. Please see information on the Clerk's office website at www.kingcounty.gov/courts/clerk regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. Do not file the original of the proposed order with the Clerk of the Court. Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order.

**Presentation of Orders:** All orders, agreed or otherwise, must be presented to the assigned judge. If that judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the assigned judge or in the Ex Parte Department.** Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. **If final order and/or formal proof are entered in the Ex Parte Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Memoranda/briefs for matters heard by the assigned judge may not exceed twenty four (24) pages for dispositive motions and twelve (12) pages for non-dispositive motions, unless the assigned judge permits over-length memoranda/briefs in advance of filing. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

*IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS.  PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.*

_____
**PRESIDING JUDGE**

# Exhibit 4

**FILED**

14 NOV 14 PM 3:06

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 14-2-31049-8 SEA

SUPERIOR COURT OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| David Pontecorvo | NO.  14-2-31049-8 SEA |
| VS | |
| City of Seattle Police Department, et al | CASE INFORMATION COVER SHEET AND AREA DESIGNATION |

CAUSE OF ACTION

**(PIN) -**     PERSONAL INJURY (PIN 2)

AREA DESIGNATION

**SEATTLE -**     Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

The Honorable Hollis Hill

1

2

3

4

5

6            IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                            FOR KING COUNTY

7

DAVID PONTECORVO,                          )
8                                          )
                    Plaintiff,             )
9                                          )    No.    14-2-31049-8 SEA
            vs.                            )
10                                         )    NOTICE OF APPEARANCE
CITY OF SEATTLE POLICE DEPARTMENT,)
11  MICHAEL RENNER, CHRISTINE NICHOLS,)
JOSEPH MACCARONE, ALVARO           )         Clerk's Action Required
12  FERREIRA, AND JOHN AND JANE DOES 1-)
10,                                        )
13                                         )
                    Defendants.            )
14

15          **PLEASE TAKE NOTICE** that, without waiving any objections as to improper service,

16  process, jurisdiction, venue, or any other procedural insufficiencies under the Rules of Civil

17  Procedure, Andrew Myerberg, Assistant City Attorney, appears as counsel of record on behalf of

18  Peter S. Holmes, Seattle City Attorney, the attorney for defendant City of Seattle.  As attorney of

19  record, the undersigned request that all future papers and pleadings in this matter, except original

20  process, be served at the address stated below.

21          Please make note that the Seattle City Attorney's Office **mailing address** is:

22          P.O. Box 94769
            Seattle, WA  98124-4769

23

NOTICE OF APPEARANCE - 1

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1

Please further note that the **street/hand-delivery/messenger address** is:

2

600 Fourth Ave., 4th Floor
Seattle, WA 98104

3

The post office advises that any **mail** being delivered via the United States Postal Service

4

having an address other than the above-referenced P.O. Box will be returned to the sender.

5

DATED this 5th day of December, 2014.

6

7

                                        PETER S. HOLMES
                                        Seattle City Attorney

8

                            By:    *s/Andrew Myerberg*
                                        Andrew Myerberg, WSBA #47764

9

                                        Assistant City Attorney

10

                                        600 4th Avenue, 4th Floor
                                        Seattle, WA 98124

11

                                        Phone: (206) 386-0077
                                        andrew.myerberg@seattle.gov

12

                                        *Attorneys for Defendants*

13

                                        *City of Seattle, Michael Renner, Christine Nichols,*
                                        *Joseph Maccarone, and Alvaro Ferreira*

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 2

Peter S. Holmes
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1

## CERTIFICATE OF SERVICE

2     I certify that on the 5th day of December, 2014, I caused a true and correct copy of this
document to be served on the following in the manner indicated below:

3

| | |
|---|---|
| 4 Daniel Fjelstad | ( ) U.S. Mail |
| Scott Kinney & Fjelstad | ( X ) ABC Legal Messengers |
| 600 University St., Ste 1928 | ( ) Faxed |
| 5 Seattle, WA 98101-4115 | ( ) Via Email |
| *Attorney for Plaintiffs* | |

6

7

8                              *s/Autumn Derrow*
                              Autumn Derrow, Legal Assistant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 3

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

# Exhibit 6

The Honorable Hollis Hill

1

2

3

4

5

6 IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

7

DAVID PONTECORVO,                    )
8                                    )
                    Plaintiff,       )
9                                    )  No.    14-2-31049-8 SEA
            vs.                      )
10                                   )  AMENDED NOTICE OF APPEARANCE
CITY OF SEATTLE POLICE DEPARTMENT, )
11  MICHAEL RENNER, CHRISTINE NICHOLS, )
JOSEPH MACCARONE, ALVARO            )  Clerk's Action Required
12  FERREIRA, AND JOHN AND JANE DOES 1-)
10,                                  )
13                                   )
                    Defendants.      )
14

15      **PLEASE TAKE NOTICE** that, without waiving any objections as to improper service,

16  process, jurisdiction, venue, or any other procedural insufficiencies under the Rules of Civil

17  Procedure, Andrew Myerberg, Assistant City Attorney, appears as counsel of record on behalf of

18  Peter S. Holmes, Seattle City Attorney, the attorney for defendant Seattle Police Department.  The

19  undersigned withdraws as counsel for the City of Seattle, as this entity is not named as a defendant

20  in this matter.

21      As attorney of record, the undersigned request that all future papers and pleadings in this

22  matter, except original process, be served at the address stated below.

23      Please make note that the Seattle City Attorney's Office **mailing address** is:

NOTICE OF APPEARANCE - 1

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1    P.O. Box 94769
     Seattle, WA  98124-4769

2
     Please further note that the **street/hand-delivery/messenger address** is:

3
     600 Fourth Ave., 4th Floor
4    Seattle, WA  98104

5    The post office advises that any **mail** being delivered via the United States Postal Service

6    having an address other than the above-referenced P.O. Box will be returned to the sender.

7        DATED this 12th day of December, 2014.

8
                                    PETER S. HOLMES
9                                   Seattle City Attorney

10                      By:    _s/Andrew Myerberg_____
                               Andrew Myerberg, WSBA #47746
11                             Assistant City Attorney
                               600 4th Avenue, 4th Floor
12                             Seattle, WA  98124
                               Phone:  (206) 386-0077
13                             andrew.myerberg@seattle.gov

14                             *Attorney for Defendant Seattle Police Department*

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 2

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1

## CERTIFICATE OF SERVICE

2       I certify that on the 12th day of December, 2014, I caused a true and correct copy of this
document to be served on the following in the manner indicated below:

3

| Daniel Fjelstad | ( ) U.S. Mail |
|---|---|
| Scott Kinney & Fjelstad | ( X ) ABC Legal Messengers |
| 600 University St., Ste 1928 | ( ) Faxed |
| Seattle, WA 98101-4115 | ( ) Via Email |
| *Attorney for Plaintiffs* | |

4

5

6

7

8           *s/Autumn Derrow*
            Autumn Derrow, Legal Assistant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 3

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

# Exhibit 7





**WASHINGTON COURTS**

**Courts Home | Search Case Records**

Search | Site Map | eService Center

Home | Summary Data & Reports | Resources & Links | Get Help

# Superior Court Case Summary

**Upcoming AOC Web Site Outages:**
The AOC Web Sites and access to all AOC Web Applications such as JABS, eTicketing, JCS, BOXI, Search Case Records, etc. will be unavailable Sunday, December 14, 2014 from 8:00 am to 12:00 pm for system maintenance.

**Court:** King Co Superior Ct
**Case Number:** 14-2-31049-8

| Sub | Docket Date | Docket Code | Docket Description | Misc Info |
|---|---|---|---|---|
| 1 | 11-14-2014 | COMPLAINT | Complaint | |
| 2 | 11-14-2014 | SET CASE SCHEDULE JDG0022 | Set Case Schedule Judge Hollis R. Hill, Dept 22 | 12-21-2015ST |
| 3 | 11-14-2014 | CASE INFORMATION COVER SHEET LOCS | Case Information Cover Sheet Original Location - Seattle | |
| 4 | 11-14-2014 | SUMMONS | Summons | |
| 5 | 12-05-2014 | NOTICE OF APPEARANCE | Notice Of Appearance /seattle | |
| 6 | 12-09-2014 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |

# About Dockets

**About Dockets**
You are viewing the case docket or case summary. Each Court level uses different terminology for this information, but for all court levels, it is a list of activities or documents related to the case. District and municipal court dockets tend to include many case details, while superior court dockets limit themselves to official documents and orders related to the case.

If you are viewing a district municipal, or appellate court docket, you may be able to see future court appearances or calendar dates if there are any. Since superior courts generally calendar their caseloads on local systems, this search tool cannot display superior court calendaring information.

**Directions**
King Co Superior Ct
516 3rd Ave, Rm C-203
Seattle, WA 98104-2361
**Map & Directions**
206-296-9100[Phone]
206-296-0986[Fax]
**Visit Website**

**Disclaimer**

**What is this website?** It is a search engine of cases filed in the municipal, district, superior, and appellate courts of the state of Washington. The search results can point you to the official or complete court record.

**How can I obtain the complete court record?** You can contact the court in which the case was filed to view the court record or to order copies of court records.